IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMMA VICTORIA HOWARD,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )      1:10CV47
                                 )
U.N.C. HEALTH CARE SYSTEM,       )
et al.,                          )
            Defendants.          )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 7, 2010, was served on the parties in this action. Plaintiff filed objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss [Doc. 17] is **GRANTED** in its entirety and that this action is dismissed with prejudice.  **IT IS FURTHER ORDERED** that Plaintiff's Motion to the Court to Order All Evidence for

Discovery and Disclosure [Doc. 28] is **DENIED** for lack of good cause. A Judgment dismissing this action will be entered contemporaneously with this Order.

```
                      William L. Osteen, Jr.
_____
                      United States District Judge
```

Date: March 7, 2011